IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| VALERIE F. WILSON, | ) |
| Plaintiff, | ) |
| | ) No. 05-5164-CV-SW-DW-SSA |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 13). Plaintiff and Defendant agree to an award of $3,202.88 in attorney fees. See Doc. 14. Accordingly, it is hereby ORDERED that Plaintiff's motion for attorney fees is GRANTED. Counsel shall be awarded payment of $3,202.88 for attorney fees. The check shall be made payable to the "Parmele Law Firm".

SO ORDERED.

   /s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: October 4, 2006